# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alex Arreola,<br><br>        Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>        Defendant. | No. CV-24-01351-PHX-SMB<br><br>**ORDER** |

       United States Magistrate Judge Deborah Fine has issued a report and recommendation ("R&R") recommending that decision of the Administrative Law Judge be affirmed (Doc. 22). The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at p.22) (citing Rule 72, Federal Rules of Civil Procedure) Plaintiff filed an objection (Doc. 23) and Defendant filed a response to the objections (Doc. 24). Plaintiff challenges the Magistrate Judge's finding that the ALJ reasonably found PA Nichols' opinions unpersuasive and reasonably assessed Plaintiff's subjective allegations.

       The Court has now reviewed the pleadings, the ALJ decision and the administrative record. The ALJ discounted PA Nichols' opinions because they were unsupported by the underlying treatment records and explains why by pointing to recent examination findings. The ALJ also references the earlier discussion of Plaintiff's medical records to explain the records as a whole was inconsistent with PA Nichols' opinions. In discounting Plaintiff's subjective symptom testimony, the ALJ gave

specific, clear and convincing reasons for doing so. The ALJ discussed all the objective medical records, Plaintiff's ability to engage in activities of daily living, and Plaintiff's work activity to explain the inconsistencies.

The Court has considered the objections and reviewed the Report and Recommendation de novo. See Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made). The Court agrees with the Magistrate Judge's determinations, accepts the recommended decision within the meaning of Rule 72(b), Fed. R. Civ. P., and overrules Petitioner's objections. See 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. 22) is accepted.

**IT IS FURTHER ORDERED** affirming the June 1, 2023 decision of the Administrative Law Judge.

**IT IS FURTHER ORDERED** directing the Clerk of Court to enter judgment and terminate this case.

Dated this 28th day of April, 2025.

Honorable Susan M. Brnovich
United States District Judge